TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 64

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | COUNT 1: |
| | DRUG CONSPIRACY |
| vs. | Vio. of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) & (C) |
| DONALD DURAY BROWN, a/k/a "Donna Ray", and LONNIE LEWIS WILSON, | COUNT 2: POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE |
| Defendants. | Vio. of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | COUNT 3: DISTRIBUTION OF COCAINE BASE |
| | Vio. of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning on at least January 7, 2005, and continuing to at least on or about February 7, 2005, both dates being approximate and inclusive, the defendants, DONALD DURAY BROWN, a/k/a "Donna Ray", and LONNIE LEWIS WILSON, within the District of Alaska and elsewhere, did unlawfully and knowingly combine, conspire, confederate, and agree with each other to manufacture, distribute, and possess with intent to distribute a controlled substance, to wit: 50 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), and approximately 497 grams of a mixture and substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A) & (C).

## COUNT 2

On or about January 8, 2005, the defendants, DONALD DURAY BROWN, a/k/a "Donna Ray", and LONNIE LEWIS WILSON, within the District of Alaska and elsewhere, did knowingly and intentionally possess with intent to distribute approximately 497 grams of a mixture and substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3

On February 2 and 7, 2005, the defendants, DONALD DURAY BROWN, a/k/a "Donna Ray", and LONNIE LEWIS WILSON, within the District of Alaska, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 64


s/ Timothy Burgess
TIMOTHY M. BURGESS
United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: tim.burgess@usdoj.gov


January 17, 2006
DATE