UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
Office of the Clerk
700 STEWART ST. LOBBY LEVEL
SEATTLE, WA 98101
(206) 370-8400

RECEIVED
MAY 1 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

May 8, 2006

Clerk, US District Court
District of Alaska
222 West 7th Avenue, Box 4
Anchorage, AK 99513-9513

Re:  **Donald Duray Brown**
     Your Case No: **3:06cr6JWS-JDR**
     Our Case No: **06-208M**

Dear Clerk:

Enclosed are original and/or certified copies of the following documents in the above referenced case pursuant to Rule 5, Federal Rules of Criminal Procedure:

1. Waiver of Rule 5 Hearing and Order of Transfer
2. Minutes of May 1, 2006 Initial Proceeding
3. Order Appointing Federal Public Defender
4. Financial Affidavit
5. Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

BRUCE RIFKIN, District Court Executive

*Heather Arent-Zachary*

Heather Arent-Zachary
Deputy Clerk