CLOSED

# U.S. District Court
## WESTERN DISTRICT OF WASHINGTON (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:06-mj-00208-JPD-ALL
### Internal Use Only

RECEIVED MAY 11 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA

Case title: USA v. Brown  
Other court case number: 3:06cr6JWS-JDR District of Alaska

Date Filed: 05/01/2006

---

Assigned to: James P. Donohue

### Defendant

**Donald Duray Brown** (1)  
*TERMINATED: 05/01/2006*

represented by **Allen R Bentley**  
1111 THIRD AVE  
STE 2220  
SEATTLE, WA 98101-3207  
206-343-9391  
Fax: FAX 682-3746  
Email: abentley@concentric.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

### Pending Counts
None

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Highest Offense Level (Terminated)
None

### Complaints
21:846, 841(a)(1), (b)(1)(A)&(C) Drug Conspiracy, Possession of Controlled Substances with Intent to Distribute,

### Disposition

### Disposition

### Disposition

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.  
ATTEST: BRUCE RIFKIN  
Clerk, U. S. District Court  
Western District of Washington  
By _____ Deputy Clerk

Distribution of Cocaine Base

**Plaintiff**

USA                                represented by **David Reese Jennings**
                                                    US ATTORNEY'S OFFICE (SEA)
                                                    700 STEWART ST
                                                    STE 5220
                                                    SEATTLE, WA 98101-1271
                                                    253-428-3800
                                                    Fax: 253-428-3826
                                                    Email: David.R.Jennings@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/01/2006 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to Donald Duray Brown (HAZ, ) (Entered: 05/02/2006) |
| 05/01/2006 |  | Arrest of Donald Duray Brown on 5/1/2006. (HAZ, ) (Entered: 05/02/2006) |
| 05/01/2006 | 2 | **NON-PUBLIC** Financial Affidavit by Donald Duray Brown signed by Judge James P. Donohue.(HAZ, ) (Entered: 05/02/2006) |
| 05/01/2006 | 3 | CJA 20 as to Donald Duray Brown: Appointment of Attorney Allen R Bentley for Donald Duray Brown signed by Judge James P. Donohue.(HAZ, ) (Entered: 05/02/2006) |
| 05/01/2006 | 4 | MOTION for Detention by USA as to Donald Duray Brown. (HAZ, ) (Entered: 05/02/2006) |
| 05/01/2006 | 5 | Minute Entry for proceedings held before Judge James P. Donohue - CRD: *HAZ*; AUSA: *J OTAKE FOR D JENNINGS*; Def Cnsl: *A BENTLEY*; PTS: *K NEUMEISTER*; Time of Hearing: *2:30 PM*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Donald Duray Brown held on 5/1/2006. CT reviews financial affidavit and appoints counsel. Defendant advised of rights and charges pending in District of Alaska. Govt moves for detention. Defendant reserves issue for charging district. Defendant executes waiver of Rule 5 hearings. CT signs Order of Transfer. Defendant(s) remanded to custody. (HAZ, ) (Entered: 05/02/2006) |
| 05/01/2006 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to District of Alaska as to Donald Duray Brown by Judge James P. Donohue. (cc: PTS, USMO) (HAZ, ) (Entered: 05/02/2006) |

| 05/01/2006 | 7 | DETENTION ORDER PENDING TRIAL as to Donald Duray Brown by Judge James P. Donohue. (cc: PTS, USMO) (HAZ, ) (Entered: 05/04/2006) |