1
2
3              UNITED STATES DISTRICT COURT
4           for the WESTERN DISTRICT OF WASHINGTON
5                        at Seattle
6
7  UNITED STATES OF AMERICA,
8           Plaintiff,
9                                    Case No. _06-208M_
10     vs.
11                                   WAIVER OF RULE 5(c)(3)(D) HEARING
12  _Donald Duray Brown_             and ORDER OF TRANSFER
13           Defendant,
14
15
16           WAIVER OF RULE 5(c)(3)(D) HEARING
17
18     I, __DONALD DURAY BROWN__, have appeared before a United States
19  Magistrate Judge in the Western District of Washington, who has advised me of the provisions of
20  Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of
21  Criminal Procedure. I wish to waive my right to such further hearing, therefore:
22     a)  I acknowledge that I am the person named in an indictment AND ~~information, or~~
23         warrant pending in the U. S. District Court for the _____ District of
24         __ALASKA__;
25     b)  I waive my right to production of the warrant or of any other original papers
26         relating to these charges or certified copies thereof;
27
28

06-MJ-00208-WV

    c)    If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and,

    d)    I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this **1st** day of **MAY**, 20**06**.

_____  _____
ALLEN R. BENTLEY            Defendant
Defense Counsel

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the _____ District of **Alaska**. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this **1st** day of **MAY**, 20**06**.

_____
United States Magistrate Judge