1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  

Judge James P. Donohue

_____ FILED    _____ ENTERED
_____ LODGED  _____ RECEIVED

MAY - 1 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 06-208M |
| Plaintiff, ) | |
| v. ) | MOTION FOR DETENTION ORDER |
| DONALD DURAY BROWN, ) | |
| Defendant. ) | 06-MJ-00208-M |

15  The United States moves for pretrial detention of defendant, pursuant to
16  18 U.S.C. § 3142(e) and (f)

17  1.  <u>Eligibility of Case</u>.  This case is eligible for a detention order because this
18  case involves (check all that apply):

19  ___  Crime of violence (18 U.S.C. § 3156).

20  _X_  Maximum sentence of life imprisonment or death

21  _X_  10 + year drug offense

22  ___  Felony, with two prior convictions in the above categories

23  _X_  Serious risk the defendant will flee

24  ___  Serious risk of obstruction of justice

25  2.  <u>Reason for Detention</u>.  The Court should detain defendant because there
26  are no conditions of release which will reasonably assure (check one or both):

27  _X_  Defendant's appearance as required

28  ___  Safety of any other person and the community

MOTION FOR DETENTION ORDER DONALD DURAY BROWN— 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

3.  <u>Rebuttable Presumption</u>. The United States (will) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (check one or more):

    __X__ Probable cause to believe defendant committed 10+ year drug offense or firearm offense under 18 U.S.C. § 924(c)

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

    ____ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.  <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

    ____ At the initial appearance

    __X__ After continuance of __3__ days (not more than 3)

5.  <u>Other matters</u>.

DATED this 1st day of May, 2006.

                    Respectfully submitted,
                    JOHN McKAY
                    United States Attorney

                    _____
                    DAVID REESE JENNINGS
                    Assistant United States Attorney

MOTION FOR DETENTION
ORDER/DONALD DURAY BROWN— 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970