# FINANCIAL AFFIDAVIT

CJA 23 (REV. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICE WITHOUT PAYMENT OF FEE

IN U___ / IN THE C___

06-MJ-00208-FINAFF

☐ OTHER PANEL (Specify below)

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

**DONALD. D. BROWN**

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ (Specify) ___

DOCKET NUMBERS
Magistrate: **06-208M**
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box - ) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ ___

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: ___
List persons you actually support and your relationship to them: ___

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Donald Brown*