AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

DONALD DURAY BROWN

\*\* ~~SECRET~~ \*\*

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-CR-00006-01-JWS

RECEIVED

MAY 2 2 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DONALD DURAY BROWN and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with

21:846,841(a)(1), (b)(1)(A) & (C) - DRUG CONSPIRACY - Count 1
21:841(a)(1), (b)(1)(C) - POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE - Count 2
21:841(a)(1), (b)(1)(A) - DISTRIBUTION OF COCAINE BASE - Count 3

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| by _redacted signature_ _____ Deputy Clerk | January 18, 2006, at Anchorage, AK |
| Signature | Date and Location |
| Bail Fixed at $ to be determined | by  Magistrate Judge John D. Robert |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: _____ |
| AUBURN, WA |

| DATE RECEIVED 18 JAN 2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 30 APR 2006 | SA ROBERT BROWNS DEA | |