MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs DONALD DURAY BROWN        CASE NO. 3:06-CR-00006-01-JWS
Defendant: X Present    X In Custody

BEFORE THE HONORABLE           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         ELISA SINGLETON

UNITED STATES ATTORNEY:        JOE BOTTINI

DEFENDANT'S ATTORNEY:          SCOTT STERLING

U.S.P.O.:                      KAREN BREWER

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT - HELD 5/24/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:08 a.m. court convened.

X Copy of Indictment given to defendant: waived reading.

X Defendant sworn.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant states true name: Same as Above

X Financial Affidavit filed.
  X Federal Public Defender to appoint CJA counsel; Scott Sterling. FPD notified.

X PLEAS:  X Not Guilty to Counts 1 -3 of the Indictment.

X Counsel advised of trial date: July 31, 2006 at 9:00 a.m., Final Pretrial Conference set for July 31, 2006 at 8:30 a.m.

X Defendant detained. Order of Detention Pending Trial **FILED**.

X Pretrial motions due June 14, 2006

X OTHER: Mr. Sterling stated that he will not be available for trial July 20, 2006 through August 2, 2006.

At 10:21 a.m. court adjourned.

DATE: May 24, 2006         DEPUTY CLERK'S INITIALS:    ES

05/00