IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06cr0006-1 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD DURAY BROWN, | ) | |
| aka "Donna Ray," and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of filing the present response to the court's order re preparation of a scheduling and planning order.

### MOTION TO CONTINUE TRIAL

Defendant Donald Duray Brown moves the court to continue his trial from July 31, 2006 to a date after August 14, 2006 for the reasons set forth in the attached Memorandum and Affidavit of Counsel.

A proposed Order is also attached.

DATED this 26th day of May, 2006 at Anchorage, Alaska.

        Sterling & DeArmond
        Counsel for Defendant
        Donald Duray Brown

By: <u>s/ Scott A. Sterling</u>
      Scott A. Sterling
      Sterling & Dearmond
      851 Westpoint Drive, Suite 201
      Wasilla, Alaska 99654
      Telephone: (907) 376-8076
      Fax:       (907) 376-8078
Email: scottsterling@alaskalawyers.net
      Bar No. 8706053

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by fax on the 26th day of May, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

Randall Cavanaugh
Kalamarides & Lambert
711 H Street
Suite 450
Anchorage, Alaska 99501
Telephone: (907) 276-2135
Fax:        (907) 278-8514
randall@kalamarides.com
Counsel for Co-defendant
Lewis Wilson

By: /s/ Scott A. Sterling