IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06cr0006-1 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD DURAY BROWN, | ) | |
| aka "Donna Ray," and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of filing the present response to the court's order re preparation of a scheduling and planning order.

### AFFIDAVIT OF COUNSEL: MOTION TO CONTINUE TRIAL

Scott A. Sterling being duly sworn declares:

1. I am counsel for defendant Donald Duray Brown.

2. The facts and circumstances described in the referenced motion as grounds for the requested continuance are all true and correct.

3. The requested continuance is not for any improper reason or purpose.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.


    /s/ Scott A. Sterling


**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Affidavit Of Counsel:**
**Motion To Continue Trial**
**Page 1 of 3**

SUBSCRIBED AND SWORN to before me this 26th day of May, 2006 at

Wasilla, Alaska.

<u>/s/ Ann L. Dearmond</u>
NOTARY PUBLIC IN AND FOR ALASKA

MY COMMISSION EXPIRES: 1-25-08

**<u>United States v. Brown; Wilson</u>**
**No. 3:06-cr-00006-JWS**
**Affidavit Of Counsel:**
**Motion To Continue Trial**
**Page 2 of 3**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by fax on the 26th day of May, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

Randall Cavanaugh
Kalamarides & Lambert
711 H Street
Suite 450
Anchorage, Alaska 99501
Telephone: (907) 276-2135
Fax:          (907) 278-8514
randall@kalamarides.com
Counsel for Co-defendant
Lewis Wilson

By: /s/ Scott A. Sterling

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Affidavit Of Counsel:**
**Motion To Continue Trial**
**Page 3 of 3**