IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06cr0006-1 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD DURAY BROWN, | ) | |
| aka "Donna Ray," and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of filing the present response to the court's order re preparation of a scheduling and planning order.

## MEMORANDUM: 
## MOTION TO CONTINUE TRIAL

Defendant Donald Duray Brown moves the court to continue his trial from July 31, 2006 to a date after August 14, 2006. The grounds are that appointed counsel, Scott Sterling, is scheduled to be on vacation Outside during the period July 25 through August 2, 2006 in California and on a shorter trip on August 11-14 for a wedding in Boise, Idaho. The vacation includes celebration of the birthday of Mr. Sterling's spouse and a family reunion. The shorter trip to Boise is for a family member's wedding.

Arrangements and commitments are in place including pre-purchased airline tickets, rental cars, lodging and assistance for other travelers.

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Memorandum re:**
**Motion To Continue Trial**
**Page 1 of 3**

The period between late May and July 25 can and will be utilized to prepare for Mr. Brown's trial. Counsel orally brought the need for the continuance to the attention of the Magistrate Judge at Mr. Brown's arraignment on May 25, 2006.

Starting the trial after counsel's return on August 14 will permit counsel to keep those commitments and still be prepared for trial. The requested continuance is not of any great or untoward length (approximately two weeks).

For those reasons it is requested that the continuance be granted.

DATED this 26th day of May, 2006 at Anchorage, Alaska.

        Sterling & DeArmond
        Counsel for Defendant
        Donald Duray Brown

        By: s/ Scott A. Sterling
            Scott A. Sterling
            Sterling & Dearmond
            851 Westpoint Drive, Suite 201
            Wasilla, Alaska 99654
            Telephone: (907) 376-8076
            Fax:       (907) 376-8078
        Email: scottsterling@alaskalawyers.net
            Bar No. 8706053

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by fax on the 26th day of May, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

Randall Cavanaugh
Kalamarides & Lambert
711 H Street
Suite 450
Anchorage, Alaska 99501
Telephone: (907) 276-2135
Fax:         (907) 278-8514
randall@kalamarides.com
Counsel for Co-defendant
Lewis Wilson

By: /s/ Scott A. Sterling

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Memorandum re:**
**Motion To Continue Trial**
**Page 3 of 3**