IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06cr0006-1 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD DURAY BROWN, | ) | |
| aka "Donna Ray," and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of filing the present response to the court's order re preparation of a scheduling and planning order.

## ORDER RE:
## MOTION TO CONTINUE TRIAL

Upon application and good cause shown IT IS HEREBY ORDERED that the referenced motion is GRANTED. The final pretrial conference and trial set tor July 31, 2006 are hereby VACATED and re-set for final pretrial conference at 8:30 a.m. and trial by jury at 9:00 a.m. on the ____ day of August, 2006 before this court in Anchorage, Alaska.

DATED this ____ day of _____, 2006 at Anchorage, Alaska.


_____
John W. Sedwick
United States District Judge


**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Order re:**
**Motion To Continue Trial**
**Page 1 of 2**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by fax on the 26th day of May, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

Randall Cavanaugh
Kalamarides & Lambert
711 H Street
Suite 450
Anchorage, Alaska 99501
Telephone: (907) 276-2135
Fax:         (907) 278-8514
randall@kalamarides.com
Counsel for Co-defendant
Lewis Wilson

By: /s/ Scott A. Sterling

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Order re:**
**Motion To Continue Trial**
**Page 2 of 2**