**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA    v.    DONALD DURAY BROWN
                                  LONNIE LEWIS WILSON

THE HONORABLE JOHN W. SEDWICK          CASE NO.   3:06-cr-00006-JWS

      Deputy Clerk                     Official Recorder

      Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court has considered the motion filed at docket 77 by defendant Brown's counsel to continue the trial so that he may pursue personal travel plans set to commence July 25, 2006.  Defendant Brown's situation cannot be considered in isolation.  Co-defendant Wilson is to be tried with defendant Brown.  Wilson has been awaiting trial much longer than Brown.

Upon due consideration, the court concludes that the best approach is to move the trial forward in time to Tuesday, July 18, 2006. That should allow Brown's counsel to maintain his travel plans while leaving sufficient time for all parties to prepare for trial.

The motion at docket 77 is **DENIED**, but the court hereby **MOVES** the July 31, 2006, final pre-trial conference to 8:30 AM on Tuesday, July 18, 2006, and the July 31, 2006, trial by jury to 9:00 AM on Tuesday, July 18, 2006.

This order may require the magistrate judge to move the deadline for pre-trial motions forward.  This court leaves that matter to the discretion of Magistrate Judge Roberts.

DATE:  June 2, 2006                    ENTERED AT JUDGE'S DIRECTION
                                            INITIALS:  prr
                                            Deputy Clerk

[FORMS*IA*]