IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DONALD DURAY BROWN,  )<br>aka "Donna Ray," and  )<br>LONNIE LEWIS WILSON,  )<br>  )<br>     Defendants.  )<br>_____) | 3:06cr0006-1 JWS |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of filing the present motion or the granting of the relief requested.

### MOTION TO CONTINUE PRETRIAL MOTION DEADLINE

Defendant Donald Duray Brown moves the court to continue the deadline for filing his pretrial motions from June 12 to June 21, 2006 due to the fact that the production of discovery from the Government has been of a continuing and sporadic nature. It is not possible for counsel to responsibly review and discuss the discovery with Mr. Brown and file any pretrial motions by the June 12 deadline.

Counsel has made all reasonable efforts to timely process and review discovery with Mr. Brown and discuss possible pretrial motions. Over eight CDs/DVDs of material from the Government have already been processed.

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Motion To Continue**
**Pretrial Motion Filing Deadline**
**Page 1 of 3**

Another four CDs of discoverable material, consisting of recorded conversations, photographs and documents, still need to be processed and discussed with Mr. Brown.  Counsel expects to be able to complete processing and review same with Mr. Brown by June 16, 2006.

For those reasons a relatively modest extension of time in which to complete the review and discussion of the discovery with Mr. Brown and then file any needed pretrial motions is not unreasonable and serves the interests of justice.  Mr. Brown requests that the court allow him until June 21, 2006 to file his pretrial motions.

An Affidavit of Counsel and proposed Order are attached.

DATED this 12th day of June, 2006 at Anchorage, Alaska.

        Sterling & DeArmond
        Counsel for Defendant
        Donald Duray Brown

By: s/  Scott A. Sterling
        Scott A. Sterling
        Sterling & Dearmond
        851 Westpoint Drive, Suite 201
        Wasilla, Alaska 99654
        Telephone: (907) 376-8076
        Fax:          (907) 376-8078
Email: scottsterling@alaskalawyers.net
        Bar No. 8706053

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by fax on the 12th day of June, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

Randall Cavanaugh
Kalamarides & Lambert
711 H Street
Suite 450
Anchorage, Alaska 99501
Telephone: (907) 276-2135
Fax:            (907) 278-8514
randall@kalamarides.com
Counsel for Co-defendant
Lewis Wilson

By: /s/ Scott A. Sterling

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Motion To Continue**
**Pretrial Motion Filing Deadline**
**Page 3 of 3**