IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:06cr0006-1 JWS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DONALD DURAY BROWN, ) | |
| aka "Donna Ray," and ) | |
| LONNIE LEWIS WILSON, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of filing the present motion or the granting of the relief requested.

### ORDER RE:
### MOTION TO CONTINUE PRETRIAL MOTION DEADLINE

Upon application and good cause being shown IT IS HEREBY ORDERED that the motion of defendant Donald Duray Brown to continue the deadline for filing his pretrial motions from June 12 to June 21, 2006 is GRANTED.

All pretrial motions by Mr. Brown shall be filed not later than June 21, 2006.

DATED this ___ day of _____, 2006 at Anchorage, Alaska.

_____
John W. Sedwick
United States District Judge

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Order re:**
**Motion To Continue**
**Pretrial Motion Filing Deadline**
**Page 1 of 3**

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Order re:**
**Motion To Continue**
**Pretrial Motion Filing Deadline**
**Page 2 of 3**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by fax on the 12th day of June, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

Randall Cavanaugh
Kalamarides & Lambert
711 H Street
Suite 450
Anchorage, Alaska 99501
Telephone: (907) 276-2135
Fax:          (907) 278-8514
randall@kalamarides.com
Counsel for Co-defendant
Lewis Wilson

By: /s/ Scott A. Sterling

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Order re:**
**Motion To Continue**
**Pretrial Motion Filing Deadline**
**Page 3 of 3**