IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06cr0006-1 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD DURAY BROWN, | ) | |
| aka "Donna Ray," and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of filing the present motion or the granting of the relief requested.

### AFFIDAVIT OF COUNSEL RE:
### MOTION TO CONTINUE PRETRIAL MOTION DEADLINE

Scott A. Sterling being duly sworn declares:

1. I am counsel for defendant Donald Duray Brown.

2. The facts and circumstances set forth in his motion to continue pretrial motion filing deadline are all true, correct and complete to the best of my knowledge and belief.

3. That motion is not made for any improper reason or purpose.

FURTHER YOUR AFFIANT SAYETH NAUGHT.


/s/ Scott A. Sterling

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Affidavit of Counsel:**
**Motion To Continue**
**Pretrial Motion Filing Deadline**
**Page 1 of 3**

SUBSCRIBED AND SWORN to before me this 12th day of June, 2006 at Wasilla, Alaska.

/s/ Joanne Graham
NOTARY PUBLIC IN AND FOR ALASKA
MY COMMISSION EXPIRES MAY 17, 2007

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Affidavit of Counsel:**
**Motion To Continue**
**Pretrial Motion Filing Deadline**
**Page 2 of 3**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by fax on the 12th day of June, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

Randall Cavanaugh
Kalamarides & Lambert
711 H Street
Suite 450
Anchorage, Alaska 99501
Telephone: (907) 276-2135
Fax:          (907) 278-8514
randall@kalamarides.com
Counsel for Co-defendant
Lewis Wilson

By: /s/ Scott A. Sterling

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Affidavit of Counsel:**
**Motion To Continue**
**Pretrial Motion Filing Deadline**
**Page 3 of 3**