Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 99501
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorney for Def. L. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:06-cr-0006-JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | NON-OPPOSITION TO |
| ) | DONALD BROWN'S MOTION |
| DONALD DURAY BROWN, ) | TO CONTINUE PRETRIAL |
| a/k/a "Donna Ray", and ) | MOTION DEADLINE |
| LONNIE LEWIS WILSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the Defendant, Lonnie Wilson, by and through his attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby non-opposes Donald Ray Brown's motion to continue pre-trial motions deadline. Counsel for Mr. Lewis has received eight CDs since the last hearing before Magistrate Roberts.

The government still has not provided to the defense the name of the confidential witness that cooperated with the government for telephone calls and buying of drugs. The defense cannot do any checking on the confidential witness until the name is disclosed. It is unknown if there is going to be motion practice related to the confidential source.

The prosecution is still arguing whether or not, despite Magistrate Robert's order, they have to provide the information regarding Brian K. Brown as they outlined in his sentencing memorandum.

DATED this 15th day of June, 2006, at Anchorage, Alaska.

>
> KALAMARIDES & LAMBERT
> Attorneys for Lonnie L. Wilson
>
> By:  /s/ Randall S. Cavanaugh
> Randall S. Cavanaugh, ABA #8812215
> KALAMARIDES & LAMBERT
> 711 H Street, Suite 450
> Anchorage, AK 99501
> P: (907) 276-2135
> F: (907- 278-8514
> E: randall@kalamarides.com

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 2
F:\Cases\Wilson-Lonnie\cont-trial-nonopp.mtn.wpd

<u>CERTIFICATE OF SERVICE</u>
The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 15th day of June, 2006, on:

Frank Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

Scott Sterling
(Attorney for Donald Brown)
Sterling & DeArmond
851 E. Westpoint Drive, Ste 201
Wasilla, AK 99654

　　/s/ Randall S. Cavanaugh
　　　Kalamarides & Lambert

USA v. Donald D. Brown and Lonnie L Wilson
Case No. 3:06-cr-0006-JWS
Page 3
F:\Cases\Wilson-Lonnie\cont-trial-nonopp.mtn.wpd