IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06cr0006-1 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD DURAY BROWN, | ) | |
| aka "Donna Ray," and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | **DONALD R. BROWN'S** |
| Defendants. | ) | **NOTICE OF** |
| _____ | ) | **INTENT TO CHANGE PLEA** |

  Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of filing the present response to the court's order re preparation of a scheduling and planning order.

  Defendant Donald R. Brown by and through undersigned counsel hereby gives notice of his intent to change his plea and requests that the court calendar a change of plea hearing.  Mr. Brown's plea is the subject of a Rule 11 plea agreement which will be filed separately with the court by counsel for the United States.

A change of plea hearing on the morning of Monday, July 17 if suitable to the convenience of the court will permit the parties and counsel to efficiently proceed with the pre-sentence interview immediately following the change of plea.

DATED this 11th day of July, 2006 at Anchorage, Alaska.

        Sterling & DeArmond
        Counsel for Defendant
        Donald Duray Brown

        By: <u>s/ Scott A. Sterling</u>
            Scott A. Sterling
            Sterling & Dearmond
            851 Westpoint Drive, Suite 201
            Wasilla, Alaska 99654
            Telephone: (907) 376-8076
            Fax:       (907) 376-8078
        Email: scottsterling@alaskalawyers.net
            Bar No. 8706053

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by ECF/CM electronic notice on July 11, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

Randall Cavanaugh
Kalamarides & Lambert
711 H Street
Suite 450
Anchorage, Alaska 99501
Telephone: (907) 276-2135
Fax:         (907) 278-8514
randall@kalamarides.com
Counsel for Co-defendant
Lewis Wilson

By: /s/ Scott A. Sterling

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Donald R. Brown's**
**Notice Of Intent To Change Plea**
**Page 3 of 3**