**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  DONALD DURAY BROWN  </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  <u>  3:06-cr-00006-01-JWS  </u>

<u>  Pam Richter  </u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**          DATE: <u>July 17, 2006</u>

  The above-referenced matter had been set on for a jury trial to commence on July 18, 2006, before Judge Sedwick at Anchorage, Alaska.  This matter is now RESCHEDULED for a proposed change of plea on Tuesday, July 18, 2006, at 8:30 a.m..

  The July 18, 2006, final pre-trial conference and trial by jury as to the above-named defendant are hereby VACATED.

[]{IK2.WPD*Rev.12/96}