IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06cr0006-1 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD DURAY BROWN, | ) | |
| aka "Donna Ray," and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | **NOTICE OF FILING** |
| Defendants. | ) | **OF LETTERS RE:** |
| _____ | ) | **DEFENDANT BROWN** |

No excludable delay is expected to occur as a result of the present filing.

Defendant Donald Duray Brown hereby notices the filing of several letters from family and friends in support of his sentencing recommendation and request. The letters are attached to this filing.

DATED this 12th day of October, 2006 at Anchorage, Alaska.

                                Sterling & DeArmond
                                Counsel for Defendant
                                Donald Duray Brown

                                By: s/ Scott A. Sterling
                                      Scott A. Sterling
                                      Sterling & Dearmond
                                      851 Westpoint Drive, Suite 201
                                      Wasilla, Alaska 99654
                                      Telephone: (907) 376-8076
                                      Fax:        (907) 376-8078
                                Email: scottsterling@alaskalawyers.net
                                      Bar No. 8706053

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Notice Of Filing re**
**Letters Of Support**
**Page 2 of 3**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by ECF on the 12th of October, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

Randall Cavanaugh
Kalamarides & Lambert
711 H Street
Suite 450
Anchorage, Alaska 99501
Telephone: (907) 276-2135
Fax:         (907) 278-8514
randall@kalamarides.com
Counsel for Co-defendant
Lewis Wilson

By: /s/ Scott A. Sterling

**No. 3:06-cr-00006-JWS**
**Notice Of Filing re**
**Letters Of Support**
**Page 3 of 3**