Mr. Judge,

My father means the world to me and now that he is in jail, it is like I am all-alone here now. I am living with my sister and my nephew and it is so crowed in her house. I really need my dad in my lite. He is the only person that understands what I am going through so much right now in my life and I need for him to be by my side. When my father first got arrested I had this anger built up towards police and all authority. I now realize after talking to my father that I have to keep a clear mind and all things happen for a reason. I hope and pray that this letter will help in his favor. I just want you to know that my 1ife with my father was on the right track. I moved from my mother's house with my father and everything was going right. Now I am slecping on my sister's couch.

She is struggling to feed my nephew and me and life has no been the same. My mother is not taking any responsibility over me because she fee1s that she raised me already and I can take care of myself. Well *just* so you know I am 16 years old and I am a sophomore in high school so I don't think that I can work full time and take care of myself while I am in school. Not to put down my sister because she is doing the best she can. She is helping me with my homework and doing all she can to help me get by.

Life would be much easier with my father around. . . Thanks for you attention and concern to this matter,

Dominic Brown

September 28, 2006

In regards to Donald Brown:

To whom it may Concern,

I'm writing this letter on behalf of Mr. Brown in regards to his character. I was completely taken off guard when I learned of his arrest and the subsequent charges. It was and is hard for me to believe that Donald has committed the offenses has been charged, and yet it has happened so I find myself writing this letter to you.

I grew up with Donald in Yakima, WA and know him to be a good person. He was doing so well in the past few years before this incident. He worked baby sat his grand son and even my daughter when asked. This problem all started when he visited Alaska and eventually began to fall back into habits that we all thought were long gone and conquered. I don't believe that had some really serious emotionally issue cropped up in his life during this time that he would have found himself in this situation. At the time he was ending his very long term relationship and it was hard. Especially around the Holidays when everyone is getting together deciding where to have dinner and who would cook what. At times I know he felt lost and alone. This made it easy for him to be influenced by others and even begin to use again.

He is not a bad person or the leader of any drug ring. Just a man with an addiction and hurts that he didn't deal with well. He deserves a chance to come back home to family and friends. I would hope that he is granted the opportunity to redeem himself for us and get some real help that will be lasting this time.

Respectfully,

Antionette Pleasant

Case 3:06-cr-00006-JWS   Document 126-2   Filed 10/12/2006   Page 2 of 6

To whom this may concern:

I am writing this letter in favor of Donald Brown. I have known him for almost a year now. When Tia told me that her dad was in jail it totally shocked me. I have only seen Donald as being a Christian man: I never knew that he is the type of person to be in jail. When talking to Tia (his daughter) about the whole situation that he is in now, she mentions to me that he was on drugs and was not in his normal mind at the time. I believe that he was not in the normal state of mind because the Donald that I know would have never been in jail or sold drugs of any kind.

All I see is someone who cares so much for his son and grandson. I would never in a million years think that he would do something to get himself in to trouble. The Donald I know is loves his children too much for something so foolish.

Daniel Harris

July 31, 2006

To whom this may concern,

I am writing this letter in favor of my father Donald Brown. My father was raised in Yakima, Washington. He has lived in a house full of people. At lease 13 people at a time. We moved to Alaska in 1992, following my great grandmother Mary Hill. My father worked in Alaska for a janitorial company and my mother Tami Allen worked for Providence Hospital. When my parents broke up in 1999, they both moved to Seattle, Washington. Then they got back together late in 2002.

My father really cares about his family. When the family is going through problems my father can easily stress. Late in 2004 my mother decided not to be in a relationship. So my father moved into a small apartment in Des Moines. He there worked at Emerald City Moving & Storage and a company called May Flower. He took care of his son

Dominic Brown, and my son Turek Taylor on the weekends if he was not working. He is really good with his son and his grandson. They both love him and are in really great pain now that tl1is happened.

My father has a really kind heart and I honestly believe that he is not the type of person should be in jail. He is loving, caring, and kind. He is a Christian man that was in the wrong place at the wrong time. He was going through a break up with my mother and took vacation to visit a friend in Alaska. I believe that he was on drugs because we started to not get along when he was in Alaska this time. It was like he had a no care attitude and would only call his family like once a week. The only time when my father doses that is when he is on drugs. He got caught up with the wrong crowd and I know that he is truly sorry for his mistake that he made, and given another chance, he will not do it again.

Thanks for your attention.

Tia Allen

Hello,

I am writing you to know that I am a close cousin of Donald Brown. We grew up together in Yakima, Washington. It hurt my heart to know that Donaray was going to move to Alaska when he did back ill the early 90's.

Ever since he has been back to Seattle; we have spent plenty of time together. We have grandchildren that are the same age and we have don't there birthdays together and now we have 2 more grandchildren on the way. Donaray has taken care of his grandchild and son while he worked for a moving company. He always had a job and never done anything that would make him go to jail while living in Seattle. Alaska from what I hear is not a good place for African Americans to live. From what I hear, it is very easy for someone to get sidetracked and hooked on drugs, alcohol, and strip clubs, exl. Seattle is a much better place for Donaray to live. He has lots of family here to support him and he is a very positive roll model for his children. I wish that I can rewind time and spoke to him before he went to visit Lonnie in Alaska. Lonnie likes to live the fast life and when one of your friends has lots *of* money and you are going though a very stressful time in your life, it is very easy to get influenced to do certain things to relieve stress. I know for a fact that Donaray does not need jail time; he needs treatment and family to support him through the whole thing. I will take the time out to make sure that he stays focused and on track when he gets out. I will make the effort in making sure that he continues *to* be a good roll model and help him stay on top of life in a positive way.

Thanks for your attention regarding this matter,

Trudy Dimmer