```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. <u>DONALD DURAY BROWN</u>      CASE NO. <u>3:06-cr-00006-01-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>            JOHN W. SEDWICK            </u>

DEPUTY CLERK/RECORDER: <u>           APRIL KARPER               </u>

UNITED STATES' ATTORNEY: <u>         FRANK RUSSO                </u>

DEFENDANT'S ATTORNEY: <u>            SCOTT STERLING             </u>

U.S.P.O.: <u>                        TIM ASTLE                  </u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD OCTOBER 17, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing
   guidelines.

<u>X</u> Imprisonment for a period of <u>120 months.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>5</u>
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

<u>X</u> Special Assessment $<u>100.00</u>, due <u>immediately.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> On motion of the U.S. Attorney, remaining counts <u>2 and 3</u> of
   the Indictment **DISMISSED**.

<u>X</u> OTHER: <u>Court and counsel heard re presentence report; court
adopted the presentence report. Court accepted the plea
agreement. Court recommended that the defendant participate in
the 500 hour drug and alcohol program and that the defendant
serve his time at the facility located in Sheridan, Oregon.
Payment Coupon given to defendant. Appeal rights given.</u>

At 10:43 a.m. court adjourned.

DATE: <u>     October 17, 2006     </u>  DEPUTY CLERK'S INITIALS: <u>   ak   </u>