IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06cr0006-1 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD DURAY BROWN, | ) | |
| aka "Donna Ray," and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | **DONALD R. BROWN'S** |
| Defendants. | ) | **NOTICE OF** |
| _____ | ) | **APPEAL** |

Defendant Donald R. Brown by and through undersigned counsel hereby appeals from that sentence imposed upon him by this court on October 17, 2006 to the United States Court of Appeals for the Ninth Circuit.

DATED this 27th day of October, 2006 at Anchorage, Alaska.

    Sterling & DeArmond
    Counsel for Defendant
    Donald Duray Brown

    By: s/ Scott A. Sterling
        Scott A. Sterling
        Sterling & Dearmond
        851 Westpoint Drive, Suite 201
        Wasilla, Alaska 99654
        Telephone: (907) 376-8076
        Fax:      (907) 376-8078
        Email: scottsterling@alaskalawyers.net
        Bar No. 8706053

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by ECF/CM electronic notice on October 27th, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

Randall Cavanaugh
Kalamarides & Lambert
711 H Street
Suite 450
Anchorage, Alaska 99501
Telephone: (907) 276-2135
Fax:          (907) 278-8514
randall@kalamarides.com
Counsel for Co-defendant
Lewis Wilson

By: /s/ Scott A. Sterling