RECEIVED
NOV 13 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
### TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # **No. 06-30584**   U.S. District Court # **3:06-CR-00006-01-JWS**

Short Case Title **United States v. Donald Duray Brown**

Date Notice of Appeal Filed by Clerk of District Court **10-27-06**

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE ✗ |
| | | OPENING STATEMENTS ✗ |
| | | SETTLEMENT INSTRUCTIONS ✗ |
| | | CLOSING ARGUMENTS ✗ |
| | | JURY INSTRUCTIONS ✗ |
| Change of Plea Hg. - 7-18-06 | | PRE-TRIAL PROCEEDINGS ✗ |
| Sentencg Hg - 10-17-06 | | (OTHER) |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered **11-10-06**   Estimated Date for Completion **30 days**

Signature of Attorney _____   Phone Number **907 376 8076**

Address **851 Westpoint Drive, #201, Wasilla, AK. 99654**

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____   Court Reporter's Signature _____