IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06cr0006-1 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD DURAY BROWN, | ) | |
| aka "Donna Ray," and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**UNOPPOSED MOTION TO UNSEAL CHANGE OF PLEA HEARING RECORD**

Defendant Donald Duray Brown moves the court to unseal the record of his July 18, 2006 change of plea hearing.

Mr. Brown changed his plea under seal before this court on July 18, 2006. He recently filed an appeal from his conviction and sentence. It is necessary to have a transcript made of his change of plea hearing. A motion to unseal the record of that hearing is therefore appropriate and should be granted. A proposed Order is attached.

Counsel for Mr. Brown contacted AUSA Frank Russo, who is counsel for plaintiff United States of America, and Mr. Russo advised that the Government does not oppose the instant motion nor the relief requested.

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Unopposed Motion To Unseal**
**Change Of Plea Record**
**Page 1 of 3**

DATED this 14th day of November, 2006 at Anchorage, Alaska.

        Sterling & DeArmond
        Counsel for Defendant
        Donald Duray Brown

By: <u>s/ Scott A. Sterling</u>
        Scott A. Sterling
        Sterling & Dearmond
        851 Westpoint Drive, Suite 201
        Wasilla, Alaska 99654
        Telephone: (907) 376-8076
        Fax:       (907) 376-8078
Email: scottsterling@alaskalawyers.net
        Bar No. 8706053

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by fax on the 14th day of November, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

By: /s/ Scott A. Sterling

**United States v. Brown; Wilson
No. 3:06-cr-00006-JWS
Unopposed Motion To Unseal
Change Of Plea Record
Page 3 of 3**