IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06cr0006-1 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD DURAY BROWN, | ) | |
| aka "Donna Ray," and | ) | |
| LONNIE LEWIS WILSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER RE:**
**UNOPPOSED MOTION TO UNSEAL CHANGE OF PLEA HEARING RECORD**

Upon application and good cause being shown IT IS HEREBY ORDERED that the unopposed motion of defendant Donald Duray Brown to unseal the record of his July 18, 2006 change of plea hearing is GRANTED. That record is hereby ordered to be and is unsealed. The clerk of court may proceed with the transcription process concerning that hearing vis-à-vis Mr. Brown's pending appeal.

DATED this ___ day of November, 2006 at Anchorage, Alaska.

By:_____
John W. Sedwick
U.S. District Judge

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Order re:**
**Unopposed Motion To Unseal**
**Change Of Plea Record**
**Page 1 of 2**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by fax on the 14th day of November, 2006 upon:

AUSA Frank Russo
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Frank.Russo@uadoj.gov
Counsel for Plaintiff

By: /s/ Scott A. Sterling

**United States v. Brown; Wilson**
**No. 3:06-cr-00006-JWS**
**Order re:**
**Unopposed Motion To Unseal**
**Change Of Plea Record**
**Page 2 of 2**