Case 3:06-cr-00006-JWS   Document 135-1   Filed 10/27/2006   Page 1 of 1

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
NOV 13 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v. Donald Duray Brown
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: John W. Sedwick, 3:06-cr-00006-01-JWS
Date Complaint/Indictment/Petition Filed: 1/18/2006
Date Appealed Order/Judgment *entered*: 10/25/2006
Date NOA *filed*: 10/27/2006
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number: April Karper 907-677-6102; Robin Carter 907-677-6127; Elisa Singleton 907-677-6105;
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: _____   Date FP denied: __
Is FP pending?  n  yes/no        Was FP Limited/Revoked?
US Government Appeal?   no  yes/no
Companion Cases? Please list: __
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                        Appellee Counsel:
Scott A. Sterling                         Frank Russo
Sterling & Dearmond                       US Attorney's Office
851 Westpoint Drive, Ste 201              222 W 7th Ave., #9
Wasilla, AK 99654                         Anchorage, AK 99513
907-376-8076                              907-271-5071
Fax 907-376-8078
E-mail scottsterling@alaskalawyers.net    Frank Russo@usdoj.gov

CHECK TYPE OF ATTORNEY
__retained   X_CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 36471-086            Address: __
Custody: Yes
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __    9th Circuit Docket Number: __    **06-30584**

Name and phone number of person completing this form:  Elisa Singleton
                                                       907-677-6105