**FILED**

MAY 15 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>DONALD DURAY BROWN,<br><br>    Defendant - Appellant. | No. 06-30584<br><br>D.C. No. CR-06-00006-a-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED

MAY 1 8 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver is granted because appellant's plea agreement waived his right to appeal his sentence, and an appeal waiver is valid when it is entered into knowingly and voluntarily. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

All other pending motions are denied as moot.

**DISMISSED.**

MOATT