**FILED**

UNITED STATES COURT OF APPEALS

MAY 15 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30584 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-06-00006-a-JWS<br>District of Alaska,<br>Anchorage |
| v. | |
| DONALD DURAY BROWN, | RECEIVED |
| Defendant - Appellant. | ORDER    JUN 1 1 2007 |
| | CLERK, U.S. ...... COURT<br>ANCHORAGE, ALASKA |

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver is granted because appellant's plea agreement waived his right to appeal his sentence, and an appeal waiver is valid when it is entered into knowingly and voluntarily. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

All other pending motions are denied as moot.

**DISMISSED.**

MOATT

A TRUE COPY
ATTEST    6/6/07
CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk