UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>V.<br><br>DONALD DURAY BROWN, aka Donna Ray,<br><br>    Defendant - Appellant. | No. 06-30584<br>D.C. No. CR-06-00006-a-JWS<br><br>**JUDGMENT** |

RECEIVED

JUN 1 1 2007

CLERK, U.S. ~~~~~~~~~ COURT
ANCHORAGE, ALASKA

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 05/15/07

A TRUE COPY
ATTEST       6/6/07

CATHY A. CATTERSON
Clerk of Court

by: _____
Deputy Clerk