**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES  </u>   v.   <u> DONALD DURAY BROWN </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  <u>3:06-cr-00006-JWS-1</u>

<u> Chad Wilts </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: March 25, 2008</u>

   Donald Duray Brown has moved to be re-sentenced under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]  Mr. Brown was sentenced to the statutory mandatory minimum under 21 U.S.C. 841(b)(1)(A),[2] however, and the change in the crack sentencing guidelines does not alter the application of a statutory mandatory minimum sentence.[3]

   Therefore, the motion at docket 154 must be DENIED.

   IT IS SO ORDERED.

---

[1]  *See* Docket No. 154; *see also United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2)").

[2]  *See* Docket Nos. 127, 131.

[3]  *See United States v. Johnson*, 2008 WL 516518, *3 (8th Cir. Feb. 28, 2008) (*Kimbrough v. United States*, 128 S.Ct. 558. 565-66 (2007), and *Gall v. United States*, 128 U.S. 586, 591 (2007), "concerned sentencing deviations from the guideline range rather than departures from statutory mandatory minimums as occurred in this case. ... [The new guidelines do] not affect Johnson ... because his sentence was subject to statutory mandatory minimums.").

[brown deny.wpd]{IA.WPD*Rev.12/96}